UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>PABELLY ESTRADA-CEJA,<br><br>                          Defendant. | Case No.: 21CR0418-JLS<br><br>**ORDER:**<br><br>**(1) DENYING DEFENDANT'S MOTION TO CONDUCT AN IN-PERSON INITIAL APPEARANCE; AND**<br><br>**(2) REFERRING MOTION TO CONTINUE INITIAL APPEARANCE TO MAGISTRATE JUDGE** |

      Defendant Estrada-Ceja, through counsel, has filed a motion to conduct her initial appearance in person or, in the alternative, to continue her initial appearance (ECF No. 10). Defendant's initial appearance is scheduled to take place before Magistrate Judge Ruth Bermudez Montenegro on March 4, 2021 at the El Centro Courthouse. The Court notes that under Chief Judge Order No. 60 there is currently a moratorium on conducting in-person court proceedings until March 8, 2021. To the extent that this Court has the discretion to order an in-person proceeding on March 4, the Court declines to do so as there has been an insufficient showing that a video or telephone conference cannot ensure the fairness of the proceedings and preserve the rights of the parties. In addition, being

unfamiliar with the El Centro Courthouse and current conditions there, the Court lacks sufficient information to assess the potential threat to health and safety that an in-person appearance poses.  However, should Magistrate Judge Montenegro find that an in-person proceeding on March 4 is warranted, this Court has no opposition to one taking place and hereby delegates any authority conferred by Chief Judge Order No. 60 to her sound discretion.

      Defendant's request for a continuance of the initial appearance is appropriately brought before the judge presiding over the proceeding, thus this motion is referred to Magistrate Judge Montenegro for her consideration.

      IT IS SO ORDERED.

Dated:  March 2, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge