UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>PABELLY ESTRADA,<br><br>     Defendant. | CASE NO.:  21-cr-00418-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE APPEARING**, the parties' Joint Motion to Continue the Motion/Hearing Trial Setting from April 16, 2021 to **June 18, 2021 at 1:30 p.m.** is hereby GRANTED.  The Defendant must file an Acknowledgement of Next Court Date by April 30, 2021.

The Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).  As stated in the parties' Joint Motion, the ongoing COVID-19 pandemic has hindered defense counsel's ability to thoroughly investigate this case, and, additionally, the continuance will allow the Government to produce additional discovery and Defendant to review that discovery with counsel.

IT IS SO ORDERED.

Dated:  April 14, 2021

*Janis L. Sammartino*

Hon. Janis L. Sammartino
United States District Judge