UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:   21-cr-00418-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| PABELLY ESTRADA-CEJA, | |
| Defendant. | |

GOOD CAUSE APPEARING, the parties' Joint Motion to Continue the Motion/Hearing Trial Setting from June 18, 2021 to **July 2, 2021 at 1:30 p.m.** is hereby **GRANTED**.  The Defendant must file an Acknowledgement of Next Court Date by June 25, 2021.

The Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).  As stated in the parties' Joint Motion, the Defendant's counsel is set for trial on June 16, 2021 in another Court, and believes it is possible that the trial might still be ongoing on June 18, 2021.

**IT IS SO ORDERED.**

Dated:  June 11, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge