1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 3:21-CR-418-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT DISMISSING INDICTMENT** |
| PABELLY ESTRADA-CEJA, | |
| Defendant. | |

    The United States' Motion to Dismiss the Indictment (ECF No. 41) is hereby GRANTED. The Indictment (ECF No. 9) is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 19, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge